| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Miner, Roger J | 2. Court or Organization U.S. Court of Appeals | 3. Date of Report 6/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Senior) | 5. Report Type (check appropriate type) ○ Nomination  Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address United States Courthouse 445 Broadway, Room 414 Albany, NY 12207 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Faculty Associate | Arizona State University College of Law |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN 14 A 11: 19 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | N.Y.S. Employees' Retirement System - Pension | 16,218.48 |
| 2. | Faculty Associate -- Arizona State University College of Law | $3,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alltel Corp. | A | Dividend | J | T | | | | | |
| 2. Amerada Hess Corp. | A | Dividend | J | T | | | | | |
| 3. American Electric Power Co. | A | Dividend | J | T | | | | | |
| 4. American Telephone & Tel. Co. | A | Dividend | J | T | | | | | |
| 5. Amer. Tel & Tel - Wireless Services, Inc. | | None | | | Sale | 10/26 | J | C | |
| 6. Bank of America (formerly Fleet Boston Corp.) | C | Dividend | M | T | Partial Sale | 05/21 | K | E | |
| 7. Bell South | B | Dividend | L | T | | | | | |
| 8. CH Energy Group, Inc. (form. Central Hudson Gas & Electric) | A | Dividend | K | T | | | | | |
| 9. Comcast | | None | K | T | | | | | |
| 10. Exxon Mobil Corp. (formerly Exxon Corporation) | D | Dividend | N | T | Partial Sale | 05/06 | K | E | |
| 11. First Energy (formerly Centerior Energy) | B | Dividend | K | T | | | | | |
| 12. Fort Dearborn Income Securities | A | Dividend | J | T | | | | | |
| 13. Gencorp Inc. | A | Dividend | J | T | | | | | |
| 14. GETECH | A | Dividend | K | T | | | | | |
| 15. (The) Hartford Financial Services Group, Inc. | A | Dividend | K | T | | | | | |
| 16. I.B.M. | A | Dividend | L | T | | | | | |
| 17. I.T.T. Industries, Inc. (formerly ITT) | A | Dividend | J | T | | | | | |
| 18. Key Corp. | D | Dividend | M | T | | | | | |

1. Income/Gain Codes       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$6,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                    P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment           T = Cash/Market
   (See Column C2)           U = Book Value          V = Other               W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Miner, Roger J | 6/13/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MetLife | A | Dividend | J | T | | | | | |
| 20. National Grid Group (formerly Niagara Mohawk) | A | Dividend | J | T | | | | | |
| 21. NCR (Spinoff from AT&T) | | None | J | · T · | | | | | |
| 22. Omnova Solutions, Inc. (Spinoff from Gencorp) | | None | J | · T | | | | | |
| 23. P.S.E.G. Inc. | A | Dividend | J | T | | | | | |
| 24. Qwest Comm. International Inc. (form. U.S. West, Inc.) | | None | J | T | | | | | |
| 25. Rayonier (s inoff from ITI) | | None | J | T | | | | | |
| 26. Ryerson Tull (formerly Inland Steel Co.) | A | Dividend | J | T | | | | | |
| 27. SBC Communications Group (form. S.W. Bell & Pacific} Telesis | C | Dividend | L | T | | | | | |
| 28. Southern Co. (The) | B | Dividend | K | T | | | | | |
| 29. Sprint-FON (Combined with Sprint-PCS) | A | Dividend | K | T | | | | | |
| 30. Starwood Hotels & Resorts (formerly ITT Corporation) | A | Dividend | J | T | | | | | |
| 31. SPX Corp. (form. General Signal   .) | A | None | K | T | | | | | |
| 32. TXU(form Texas Utilities Co.)(spinoff fr. Enserch Corp) | A | None | J | T | | | | | |
| 33. Verizon Commun. (formerly G.T.E. Corp. & Bell Atlantic) | C | Dividend | M | T | | | | | |
| 34. Vodafone Airtouch PLC | A | Dividend | K | T | | | | | |
| 35. Alliance Capital A -Growth & Income Fund | A- | Div/Cap Gain | L | T | | | | | |
| 36. AXP Stock Fund(form. American Express-IDS Investors Stock). | A | Div/Cap Gain | K | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 3

Name of Person Reporting
Miner, Roger J

Date of Report
6/13/2005

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. AXP Mutual Fund (form.American Express - IDS Mutual, Inc.) | A | Div/Cap Gain | K | T | | | | | |
| 38. Century Shares Trust | C | Div/Cap Gain | K | T | | | | | |
| 39. Dreyfus Fund (KEOGH PLAN) | E | Div/Cap Gain & Distr. | N | T | | | | | |
| 40. Midas Spec. Equities Fund(form Bull & Bear Special Equities | | None | J | T | | | | | |
| 41. Neuberger-Berman Manhattan Fund | | None | K | T | | | | | |
| 42. Oppenheimer Bond Fund Class A | A | Div/Cap Gain | J | T | | | | | |
| 43. Salomon Bros. Investors Fund/Value O | C | Div/Cap Gain | M | T | | | | | |
| 44. State Street Investment Trust-Class S | A | Div/Cap Gain | L | T | | | | | |
| 45. Weiss Peck Greer-W.P.G. Fund, Inc. (Growth) | B | Div/Cap Gain | K | T | | | | | |
| 46. T.E. Securities Trust Series #19 | A | Interest | J | T | | | | | |
| 47. Municipal Bond Fund Series #37 | A | Interest | J | T | | | | | |
| 48. Franklin New York Tax Free A Income Fund | C | Interest | L | T | | | | | |
| 49. Oppenheimer-Rochester Fund Municipals-Class A | B | Interest | J | T | | | | | |
| 50. N.Y.S. Medical Care Facilities Bonds | A | Interest | | | redemption | 2/17 | J | A | |
| 51. Key Bank, N.A. (various accounts, including IRAs) | B | Int/Distrib | L | T | | | | | |
| 52. McDonald Investments Victory Prime (form. Prudential-Bache) | A | Interest | J | T | | | | | |
| 53. U.S. Savings Bonds | C | Interest | M | T | | | | | |

1. Income/Gain Codes (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraised   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date June 13, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544